UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
-----------------------------------------------------------------X
NICOLE DAVIS, on behalf of herself
and all others similarly situated,                                Case No. 24-cv-11779

                              Plaintiffs,

        -against-

MEJURI (US), INC.

                              Defendant.
-----------------------------------------------------------------X

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff Nicole Davis ("Plaintiff") and Defendant Mejuri

(US), Inc. ("Mejuri") have settled all claims between them in this matter. The parties are in the process

of completing the final settlement documents and the appropriate documents to dismiss are expected

to be filed within sixty (60) days of today. Plaintiff requests that the Court vacate all pending

deadlines. Plaintiff also requests that the Court retain jurisdiction for any matters related to

completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 11th day of December 2024.

PAUL CAMARENA, ESQ.

Attorney for Plaintiff

*/s/ Paul Camarena*

By: Paul Camarena, Esq.

   1016 W. Jackson, No. 32

   Chicago, IL 60607

   Tel: (312) 493-7494

    Email: northandsedgwicklaw@gmail.com

1