|  |  | United States District Court |
|---|---|---|
|  | ) | **Northern District of Illinois** |
| **NICOLE DAVIS, on behalf of herself and all others similarity situated,** | ) ) ) ) |  |
| **Plaintiff,** | ) | **Case no. 24-CV-11779** |
|  | ) ) |  |
| **v.** | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **Mejuri (US), Inc.** | ) ) |  |
| **Defendant.** | ) |  |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Nicole Davis and Defendant Mejuri (US), Inc. ("Mejuri") by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Mejuri. Plaintiff and Defendant Mejuri have agreed that all attorneys' fees and costs are to be paid as indicated in the parties' settlement agreements.

PAUL CAMARENA, ESQ.

Attorney for Plaintiff


*/s/ Paul Camarena*


By: Paul Camarena, Esq.

1016 W. Jackson, No. 32

Chicago, IL 60607

Tel: (312) 493-7494

Email: northandsedgwicklaw@gmail.com


*s/ Lesley Matty*
Lesley Mattey
Authorized Representative Mejuri, Inc.